IN THE UNITED STATES DISTRICT COURTFOR THE NORTHERN DISTRICT OF TEXASFORT WORTH DIVISION

MARYA KIM PHAM,

Plaintiff,

V.

4-26CV-611-O

UNITED\ AIRLINES, INC. and ASSOCIATION OF FLIGHT ATTENDANTS–CWA,

Defendants.

Civil Action No. To be filled in by Clerk

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.1(c) of the Northern District of Texas, the undersigned Plaintiff certifies that the following list contains all persons, associations, firms, partnerships, corporations, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

1. Marya Kim Pham– Plaintiff (Pro Se)
2. United Airlines, Inc. – Defendant
3. Association of Flight Attendants–CWA – Defendant
4. United Airlines Holdings, Inc. – (Parent corporation of United Airlines, Inc.)
5. Any publicly held corporation that owns 10% or more of United Airlines Holdings, Inc. stock.

Dated: May 16, 2026

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2026
CLERK, U.S. DISTRICT COURT
By______
Deputy

Respectfully submitted,

Marya Kim Pham (pro se/ pauper)

3414 Mayflower Ct., Arlington, TX. 76014

(682)560-1210

maryakimpham@gmail.com