# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| **CHARGE PRESENTED TO:** | **AGENCY CHARGE NO.** |
|---|---|
| EEOC | 440-2025-10402 |
| Texas Workforce Commission Civil Rights Division | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Miss Marya K. Pham

Phone No.: 682-560-1210

Year of Birth: 1996

Mailing Address: 3414 Mayflower Ct.

ARLINGTON, TX 76014

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: United Airlines

No. Employees, Members: 501+ Employees

Phone No.:

Mailing Address: 233 S WACKER DR

CHICAGO, IL 60606, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Color, Disability, National Origin, Race, Religion, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 07/31/2025

Latest: 02/05/2026

Continuing Action

THE PARTICULARS ARE:

I began my employment with Respondent in or around January of 2019. My position title was Flight Attendant. During my employment, I informed Respondent of my disability. Subsequently, I was placed on a leave of absence. I submitted my uniform size to Respondent during my leave of absence and was placed on further leave in three-month cycles. On or about July 31, 2025, I was discharged silently due to Respondent deactivating my company email on my leave of absence and I received a 401k rollover options email on or about July 30, 2025. I complained to Respondent and requested reinstatement, but my request was denied. Since my discharge, I have been subjected to ongoing harassment and have not been restored to my January 2019 seniority or flight attendant compliant status. I believe the system is oppressive with inequalities.

I created my inquiry with the EEOC on July 31, 2025, and my interview date was January 30, 2026.

I am a minority young woman interconnected to multiple protected classes I am federally protected under the law that Respondent violated. I believe I have been discriminated against because of my race, Asian, ethnicity, Vietnamese, color, non-