# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| **CHARGE PRESENTED TO:** | **AGENCY CHARGE NO.** |
|---|---|
| EEOC | 440-2026-04253 |
| Texas Workforce Commission Civil Rights Division | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Miss Marya K. Pham

Phone No.: (682) 560-1210

Year of Birth: 1996

Mailing Address: 3414 Mayflower Ct.

ARLINGTON, TX 76014

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: ASSOCIATION OF FLIGHT ATTENDANTS/CWA

No. Employees, Members: 501+ Employees

Phone No.: (847) 292-7170

Mailing Address: 6520 N. RIVER RD. STE., 4020

ROSEMONT, IL 60018, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Color, Disability, National Origin, Race, Religion, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 07/31/2025

Latest: 02/13/2026

Continuing Action

THE PARTICULARS ARE:

I became a member of Respondent in or around April of 2019. During my membership, Respondent engaged in silent collusion with management of my employer. My employee number was erased, my company email was deactivated about a week prior to July 31, 2025, and I found from emails of "Important Information Regarding Your Retirement Account" (07/30/2025 23:16). Respondent and my employer colluded to discharge me on or about July 31, 2025. JCBA Page 147 (Section 15.A.6.c), when my employer accepted my return-to-work date as 07/27/2025, mandates that employer provide training within 45 days of a notice to return with a leave end date of July 26, 2025. Respondent intentionally failed to defend these rights to silently fire me and continue to worsen the illegal activity since then to February 2026.

Respondent refused to file a grievance or initiate the mandatory procedures required to restore me to active status, despite my clear eligibility and requests, because Respondent and my employer colluded to fire me. Respondent denied the standard procedures of an 'exit interview' or formal termination notice, which allowed Respondent and my employer to bypass contractual protections. Their letter of administrative separation was dated 08/04/2026, with 07/28/2025 as well.