JUL 28 2026 AM9:17
FILED-USDC-NDTX-FW

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARYA KIM PHAM | 4:26-CV-00611-O-BP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| UNITED AIRLINES, INC. ET AL | SUMMONS AND COMPLAINT |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AUTHORIZED AGENT FOR ASSOCIATION OF FLIGHT ATTENDANTS-CWA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
501 3RD STREET NW, WASHINGTON, DC 20001

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| MARYA KIM PHAM<br>3414 MAYFLOWER CT.<br>ARLINGTON, TX. 76014 | Number of process to be served with this Form 285 — **1** |
| | Number of parties to be served in this case — **2** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLAINTIFF IS PROCEEDING IN FORMA PAUPERIS (IFP). PLEASE EXECUTE SERVICE OF PROCESS VIA THE U.S. MARSHALS SERVICE PURSUANT TO 28 U.S.C. SECTION 1915 AND THE COURT'S ORDER (DOC. 14).

| Signature of Attorney other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| Marya Kim Pham  Digitally signed by Marya Kim Pham Date: 2026.07.01 17:48:47 -05'00'  [X] PLAINTIFF  [ ] DEFENDANT | 682 560 1210 | 07/01/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 77 | | [signature] | 7-2-26 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Charise Brooks - Legal Coordinator | 7/24/26 | 11:14 | [X] am [ ] pm |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

2026 JUL -2 P 2: 20
US MARSHALS SERVICE
FORT WORTH

Costs shown on attached USMS Cost Sheet >>

REMARKS

**RECEIVED**
By Devon Baker at 11:59 am, Jul 06, 2026

Form USM-285
Rev. 03/21

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-00611-O-BP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                                                  , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                               , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chantel Brooks , who is

designated by law to accept service of process on behalf of *(name of organization)* CWA

501 3rd St NW                                 on *(date)* 7/24/26 , or

☐ I returned the summons unexecuted because                                            ; or

☐ Other *(specify)*

My fees are S                for travel and S                for services. for a total of S        0

I declare under penalty of perjury that this information is true.

Date: 7/24/26

Server's signature

Daniel Padilla Urms

Printed name and title

Server's address

Additional information regarding attempted service, etc.

Print      Save As...                Reset