**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "*Instructions for Service of Process by U.S. Marshal*"

| PLAINTIFF<br>MARYA KIM PHAM | COURT CASE NUMBER<br>4:26-cv-00611-O-BP |
|---|---|
| DEFENDANT<br>UNITED AIRLINES, INC. ET AL. | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United Airlines, Inc. Authorized Legal Intake Manager at C T Corporation System

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
1999 Bryan St., Suite 900, Dallas, TX 75201

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| MARYA KIM PHAM<br>3414 MAYFLOWER CT.<br>ARLINGTON, TX. 76014 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):
PLAINTIFF IS PROCEEDING IN FORMA PAUPERIS (IFP). PLEASE EXECUTE SERVICE OF PROCESS VIA THE U.S. MARSHALS SERVICE PURSUANT TO 28 U.S.C. SECTION 1915 AND THE COURT'S ORDER (DOC. 14). THANK YOU SO MUCH AND I WISH THE HONORABLE COURT A WONDERFUL FOURTH OF JULY WEEKEND!

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER<br>682 560 1210 | DATE<br>07/01/2026 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process<br>1 | District of Origin<br>No. 77 | District to Serve<br>No. 77 | Signature of Authorized USMS Deputy or Clerk | Date<br>7-2-26 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date<br>7-30-26 | Time<br>10:15 | [X] am [ ] pm |
|---|---|---|---|
| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Served at CT Corporation to Tierica Williams

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 3 1 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-00611-O-BP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United Airlines, INC

was received by me on *(date)* 7-24-26

☒ I personally served the summons on the individual at *(place)* CT Corporation System, 1999 Bryan St. STE 900, Dallas TX    on *(date)* 7-30-26    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*    ; or

☐ I returned the summons unexecuted because    ; or

☐ Other *(specify)*:

My fees are $    for travel and $    for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    7-30-26

_____
Server's signature

DVSM    JUAN RODRIGUEZ
Printed name and title

1100 Commerce St., Dallas, TX 75242
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset