IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARYA KIM PHAM, | § | |
| | § | |
| *Plaintiff*, | § | CIV. A. NO. |
| | § | 4:26-CV-00611-O-BP |
| | § | |
| v. | § | |
| | § | |
| UNITED AIRLINES, INC., ET AL., | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANT AFA-CWA'S**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), and LR 7.4, Defendant Association of Flight Attendants-CWA ("AFA-CWA") provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. AFA-CWA;
2. Marya K. Pham, Plaintiff;

3. Members of, and individuals represented by, the AFA-CWA.

4. Ullico, Inc.

Dated: August 14, 2026

Respectfully submitted,

Maggie Walsh (PHV application forthcoming)

- AND –

GILLESPIE SANFORD LLP

4803 Gaston Ave.
Dallas, Texas 75246
Tel: 214.800.5111
Fax: 214.838.0001

By: ______________________
James D. Sanford
Texas Bar No. 24051289
Email: jim@gillespiesanford.com

ATTORNEYS FOR DEFENDANT AFA-CWA

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2026, I electronically submitted this document to the clerk of court for the U.S. District Court for the Northern District of Texas, using the court's electronic case files system. The electronic case files system sent a "Notice of Electronic Filing" to Plaintiff and the other Defendants' counsel, who have all consented to electronic notification.

/s/ ______________________