UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Marya Kim Pham<br>*Plaintiff* | § | |
| v. | § | Case No. 4-26CV-611-O-BP |
| United Airlines, Inc., and Association of Flight A<br>*Defendant* | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Maggie Walsh, with offices at

518 C Street NE
(Street Address)

| | | |
|---|---|---|
| Washington<br>(City) | DC<br>(State) | 20002<br>(Zip Code) |
| 303-715-8470<br>(Telephone No.) | (Fax No.) | |

**II.** Applicant will sign all filings with the name Maggie Walsh.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Association of Flight Attendants, AFA-CWA

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

For Court Use Only.
Bar Status Verified:
______________

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of Colorado, where Applicant regularly practices law.

Bar license number: 60732 Admission date: October 21, 2024

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | N/A |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

James D. Sanford, who has offices at

4803 Gaston Ave.
(Street Address)

Dallas (City) Texas (State) 75246 (Zip Code)

214-800-5111 (Telephone No.) 214-838-0001 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 25th day of August, 2026.

Maggie Walsh
Printed Name of Applicant

[signature]
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# SUPREME COURT

## State of Colorado,

STATE OF COLORADO, ss:

I, **Marizela Cano**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Maggie Quinn Walsh**

has been duly licensed and admitted to practice as an

ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **21st** day of **October** A.D. **2024** and that at the date hereof the said **Maggie Quinn Walsh** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **6th** day of **August** A.D. **2026**

**Marizela Cano**

Clerk

By ____________

Deputy Clerk

## CERTIFICATE OF SERVICE

I certify that on August 25, 2026, I electronically submitted this document to the clerk of court for the U.S. District Court for the Northern District of Texas, using the court's electronic case files system. The electronic case files system sent a "Notice of Electronic Filing" to Plaintiff, who has consented to accepting the notice as service by electronic means.

Dated: August 25, 2026

Respectfully submitted,

GILLESPIE SANFORD LLP

4803 Gaston Ave.
Dallas, Texas 75246
Tel: 214.800.5111
Fax: 214.838.0001

By: */s/ James D. Sanford*
James D. Sanford
Texas Bar No. 24051289
Email: jim@gillespiesanford.com

ATTORNEY FOR DEFENDANT AFA-CWA